**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)     Case Number **09–73690**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on August 28, 2009.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Mary Ann Maurice
928 N. 13th Street
Dekalb, IL 60115

| | |
|---|---|
| Case Number: 09–73690<br>Office Code: 3 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–1405 |
| Attorney for Debtor(s) (name and address):<br>Bradley J Waller<br>Klein Stoddard Buck Waller & Lewis<br>2045 Aberdeen Court<br>Sycamore, IL 60178<br>Telephone number: 815 748–0380 | Bankruptcy Trustee (name and address):<br>Daniel Donahue<br>P O Box 2903<br>Rockford, IL 61132–2903<br>Telephone number: 815 639–3700 |

## Meeting of Creditors:
Date: **October 7, 2009**          Time: **02:00 PM**

Location: **308 West State Street, Room 40, Rockford, IL 61101**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
**The presumption of abuse does not arise.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: December 7, 2009**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Western Division<br>211 S. Court Street<br>Rockford, IL 61101<br>Telephone number: 1–888–232–6814 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner |
| Hours Open: Monday – Friday 9:00 AM –4:30 PM | Date: August 31, 2009 |

**EXPLANATIONS**  B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: lorsmith              Page 1 of 1                  Date Rcvd: Aug 31, 2009
Case: 09-73690                Form ID: b9a                Total Noticed: 13

The following entities were noticed by first class mail on Sep 02, 2009.
db           +Mary Ann Maurice,    928 N. 13th Street,    Dekalb, IL 60115-2542
aty          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
tr            Daniel Donahue,    P O Box 2903,    Rockford, IL 61132-2903
14379902      AllianceOne Receivables Management,    PO Box 3107,    Southeastern, PA 19398-3107
14379903      Capital One Bank,    P.O. box 6492,    Carol Stream, IL 60197-6492
14379906     +Illinois Community Credit Union,    1500 Barber Greene Road,    DeKalb, IL 60115-7900
14379910      National City,    PO Box 856177,    Louisville, KY 40285-6177
14379911      Sears Credit Card,    P.O. Box 183082,    Columbus, OH 43218-3082
14379912     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   US Bank,    P.O. Box 790408,    Saint Louis, MO 63179-0408)

The following entities were noticed by electronic transmission on Sep 01, 2009.
14379902      EDI: ALLIANCEONE.COM Aug 31 2009 23:49:00      AllianceOne Receivables Management,    PO Box 3107,
               Southeastern, PA 19398-3107
14379905      EDI: HFC.COM Aug 31 2009 23:48:00      HSBC Card Services,    Payment Center,    P.O. Box 17313,
               Baltimore, MD 21297-1313
14379907      EDI: RMSC.COM Aug 31 2009 23:48:00      JCpenney,    PO box 960090,    Orlando, FL 32896-0090
14379908      EDI: CBSKOHLS.COM Aug 31 2009 23:49:00      Kohl's,    P.O. Box 2983,    Milwaukee, WI 53201-2983
14379909      EDI: HFC.COM Aug 31 2009 23:48:00      Menards,    Retail Services,    P.O. Box 17602,
               Baltimore, MD 21297-1602
14379911      EDI: SEARS.COM Aug 31 2009 23:48:00      Sears Credit Card,    P.O. Box 183082,
               Columbus, OH 43218-3082
14379912      EDI: USBANKARS.COM Aug 31 2009 23:49:00      US Bank,    P.O. Box 790408,
               Saint Louis, MO 63179-0408
                                                                                                TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14379904*     Capital One Bank,    P.O. box 6492,    Carol Stream, IL 60197-6492
                                                                                                TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 02, 2009**               **Signature:** *Joseph Speetjens*